UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD LEE PAULSON,<br><br>              Plaintiff,<br><br>    v.<br><br>PRISONER TRANSPORT, *et al.*,<br><br>             Defendants. | CASE NO. 3:19-cv-05491 BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR December 27, 2019 |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B) and Magistrate Judge Rules MJR3 and MJR4.

Defendants filed the pending motions to dismiss in September and October 2019. Dkts. 16, 20. After the motions to dismiss were filed, the Court granted plaintiff's motion to amend (Dkt. 46) and docketed plaintiff's first amended complaint. Dkt. 47.

An amended complaint supersedes the original complaint. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The original complaint is "treated thereafter as non-existent." *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967), *overruled on other grounds by Lacey v. Maricopa*

1  *County*, 693 F.3d 896 (9th Cir. 2012). Defendants' motions to dismiss attack the original
2  complaint, which is "non-existent" because plaintiff was granted leave to file an amended
3  complaint. Dkt. 47. Accordingly, the undersigned recommends that defendants' motions to
4  dismiss (Dkts. 16, 20) be denied as moot.

5      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8  objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the
9  time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on
10 December 27, 2019, as noted in the caption.

11     Dated this 6th day of December, 2019.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2