UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD LEE PAULSON, | CASE NO. C19-5491 BHS-JRC |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| PRISONER TRANSPORT, et al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motions to dismiss, Dkts. 16, 20, are **DENIED as moot.**

Dated this 14th day of January, 2020.

BENJAMIN H. SETTLE
United States District Judge