UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD LEE PAULSON,

                    Plaintiff,

          v.

IONE GEORGE,

                    Defendant.

CASE NO. 3:19-cv-05491-BHS-JRC

ORDER DENYING EXTENSION MOTION

This matter is before the Court on plaintiff's request for an extension of time in which to file the Answer to defendant's counterclaim.  *See* Dkt. 82.

Defendant alleges a counterclaim of malicious prosecution.  Dkt. 79, at 5.  On the same day that he requested additional time to answer the counterclaim, plaintiff timely filed his answer.  *See* Dkt. 83.  Therefore, the motion for an extension of time is moot.

Plaintiff apparently is intending to supplement his answer to the counterclaims at some point in the future.  *See* Dkt. 83, at 2.  Plaintiff should be aware that in general, an amended "pleading"—such as an answer to a counterclaim (Fed. R. Civ. P. 7(a)(3))—entirely replaces a

1  prior pleading and does not supplement the prior pleading. *See Ferdik v. Bonzelet*, 963 F.2d

2  1258, 1262 (9th Cir. 1992).  Moreover, a pleading cannot be amended as a matter of course—

3  that is, without the Court's permission—if the amended pleading is filed more than 21 days after

4  service of the original pleading. *See* Fed. R. Civ. P. 15(a)(1)(A).

5          Plaintiff's motion for an extension of time to file the Answer to defendant's counterclaim

6  is denied as moot. *See* Dkt. 82.

7          Dated this 13th day of August, 2020.

8

9

10  _____

11  J. Richard Creatura
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING EXTENSION MOTION - 2